JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0094 MAG |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 20, 2008 TO JULY 18, 2008 |
| SHAUN C. BATES, | ) | |
|     Defendant. | ) | |
| | ) | |

      The parties appeared before the Honorable Joseph C. Spero on June 20, 2008.
With the agreement of counsel for both parties, the Court found and held as follows:

      1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
3161(b), from June 20, 2008, to July 18, 2008, due to the unavailability of the defendant.
Defendant was not present at the June 20, 2008, hearing and therefore time is excludable under
the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(3)(A).

      2.  Given these circumstances, the Court found that the ends of justice served by

[~~PROPOSED~~[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0094 MAG

excluding the period from June 20, 2008, to July 18, 2008, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

    3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from June 20, 2008, to July 18, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A).

    IT IS SO STIPULATED.

DATED: 7/1/08                                    _____/s/_____
                                                RON TYLER
                                                Assistant Federal Public Defender

DATED: 6/30/08                                  _____/s/_____
                                                WENDY THOMAS
                                                Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED:____7/14/08_____              

                                        THE ~~HONORABLE~~ ~~ELIZABETH~~ ~~LAPORTE~~
                                        United ~~States~~ ~~Magistrate~~ ~~Judge~~

**[PROPOSED] ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 07-0094 MAG**                      2