BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BATES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-0094 JCS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING;** |
| v. | ) | |
| SHAUN BATES, | ) | |
| Defendant. | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for July 17, 2009 at 10:30 a.m. be continued to August 7, 2009 at 10:30 a.m. The reason for the continuance is that counsel for Mr. Bates will be out of the district teaching on the presently set date.

    All parties and the probation officer are available on the requested date.

//

//

//

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE SENTENCING HEARING;
No. CR 07-0094 JCS             1

IT IS SO STIPULATED.

Dated: July 14, 2009
        /s/_____
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Shaun Bates

Dated: July 14, 2009
        /s/_____
ACADIA SENESE
Special Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for Friday, July 17, 2009, shall be continued to August 7, 2009 at 10:30 a.m.

**IT IS SO ORDERED**.

Dated: 7/15/09

HONORABLE
United States Magistrate Judge

*(Signed: Judge Joseph C. Spero — United States District Court, Northern District of California seal)*

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE SENTENCING HEARING;
No. CR 07-0094 JCS      2